## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SHEILA HARPER, | ) | |
| *as administrator of the* ESTATE of | ) | |
| ROBERT EDWARD HENRY HARPER, | ) | Civil Action No. 2:23-cv-01433 |
| | ) | |
| Plaintiff, | ) | Judge Cathy Bissoon |
| | ) | Magistrate Judge Maureen P. Kelly |
| v. | ) | |
| | ) | |
| ALLEGHENY COUNTY, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

### MEMORANDUM ORDER

This case has been referred to United States Magistrate Judge Maureen P. Kelly for

pretrial proceedings in accordance with the Magistrates Act, 28 U.S.C. §§ 636(b)(l)(A) and (B),

and Local Rule of Civil Procedure 72.

On April 1, 2025, the Magistrate Judge issued a Report (Doc. 48) recommending that the

Motion to Dismiss (Doc. 36) filed by the Allegheny County Defendants be granted in part and

denied in part; and that the Motion to Dismiss (Doc. 42) filed by Dr. Donald Stechschulte, Jr. be

denied.  Service of the Report and Recommendation ("R&R") was made on the parties, and no

objections have been filed.

After a *de novo* review of the pleadings and documents in the case, together with the

R&R, it hereby is ORDERED that the Motion to Dismiss (**Doc. 36**) filed by the Allegheny

County Defendants is **GRANTED IN PART** and **DENIED IN PART**, and the Motion to

Dismiss (**Doc. 42**) filed on behalf of Dr. Stechschulte is **DENIED**, as summarized in the

Conclusion section of the R&R.  *See* Doc. 48 at 19.  Lastly, the R&R (**Doc. 48**) is adopted as the

Opinion of the District Court.

2

IT IS SO ORDERED.

April 28, 2025                                              s/Cathy Bissoon
                                                           Cathy Bissoon
                                                           United States District Judge

cc (via ECF email notification):

All Counsel of Record

2